[No. 35087-4-II.   Division Two.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE DANIEL TATE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01529-6, Thomas Felnagle, J., entered July 7, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35243-5-II.   Division Two.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL D. MAKI, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 06-1-00052-6, Michael J. Sullivan, J., entered July 28, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 35539-6-II.   Division Two.   November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHELLE A. FAULKNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01385-9, Theodore F. Spearman, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 35580-9-II.   Division Two.   November 27, 2007.]

TERRI WERON, *Appellant*, v. GRANITE SERVICE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-12346-7, Bryan E. Chushcoff, J., entered October 13, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.